| | |
|---|---|
| The Honorable: | Kyu Young Paek |
| Chapter 7 | |
| Location: | Zoom for Government |
| Hearing Date: | 10/27/2026 |
| Hearing Time: | 10:00 am |
| Response Date: | 10/20/2026 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: ANGELA C. MUNIZ | § | Case No. 19-35649-KYP |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Lori Lapin Jones, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

The hearing on approval of the Trustee's Final Report and the applications for compensation will be conducted by Zoom for Government, instructions for which are available on the Bankruptcy Court's website: https://www.nysb.uscourts.gov/zoom-video-hearing-guide. If you wish to appear at the hearing, you must register your appearance utilizing eCourt. Appearances located on the Court's website, which can be found at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl Appearances must be entered no later than 4 p.m. two business days prior to the date of the hearing.

Date Mailed: 09/11/2026

By: /s/ Lori Lapin Jones, Trustee
Trustee

Lori Lapin Jones
98 Cutter Mill Road,
Suite 255 South
Great Neck, NY 11021
(516) 466-4110

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| The Honorable: | Kyu Young Paek |
| Chapter 7 | |
| Location: | Zoom for Government |
| Hearing Date: | 10/27/2026 |
| Hearing Time: | 10:00 am |
| Response Date: | 10/20/2026 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

| | | |
|---|---|---|
| In re: ANGELA C. MUNIZ | § | Case No. 19-35649-KYP |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of :* | $ 250,000.00 |
| *and approved disbursements of:* | $ 79,755.00 |
| *leaving a balance on hand of*[1]*:* | $ 170,245.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| Exempt proceeds | Angela C. Muniz | 0.00 | 4,055.00 | 4,055.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 170,245.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lori Lapin Jones | 3,079.72 | 0.00 | 3,079.72 |
| Trustee, Expenses - Lori Lapin Jones | 167.74 | 0.00 | 167.74 |
| Attorney for Trustee Fees - LORI LAPIN JONES PLLC | 4,462.50 | 0.00 | 4,462.50 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee, Expenses - LORI LAPIN JONES PLLC | 158.60 | 0.00 | 158.60 |
| Accountant for Trustee Fees (Other Firm) - Joseph A. Broderick, P.C. | 700.00 | 700.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 7,868.56
Remaining balance: $ 162,376.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 162,376.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 162,376.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,442.89 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ashley Funding Services, LLC | 13.00 | 0.00 | 13.00 |
| 2 | Ashley Funding Services, LLC | 10.66 | 0.00 | 10.66 |
| 3 | Ashley Funding Services, LLC | 16.10 | 0.00 | 16.10 |
| 4 | Quantum3 Group LLC as agent for | 12,403.13 | 0.00 | 12,403.13 |

Total to be paid for timely general unsecured claims: $ 12,442.89
Remaining balance: $ 149,933.55

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 149,933.55

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 149,933.55

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 2.44% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,285.79. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $147,647.76.

Prepared By: /s/ Lori Lapin Jones, Trustee
Trustee

Lori Lapin Jones
98 Cutter Mill Road,
Suite 255 South
Great Neck, NY 11021
(516) 466-4110

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.